No. 10–9989.  LICHTENBERG v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–10050.  ARIZA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–677.  FOX v. FLORIDA BAR, 562 U. S. 1286;

No. 10–695.  LAY v. UNITED STATES, 562 U. S. 1264;

No. 10–768.  AFTERMATH RECORDS, DBA AFTERMATH ENTERTAINMENT, ET AL. v. F. B. T. PRODUCTIONS, LLC, ET AL., 562 U. S. 1286;

No. 10–934.  LAKSHMINARASIMHA v. UNITED STATES ET AL., 562 U. S. 1288;

No. 10–7842.  OLSON v. ESTATE OF GAIGNAT, DECEASED, 562 U. S. 1228;

No. 10–8006.  STRATTON v. TEXAS (three judgments), 562 U. S. 1231;

No. 10–8191.  DAY v. UNITED STATES, 562 U. S. 1238;

No. 10–8202.  BROWN v. BRADSHAW, WARDEN, 562 U. S. 1238;

No. 10–8230.  LAFFITEAU v. MANAGEMENT AND LEGAL AGENTS FOR CAMELOT INN, 562 U. S. 1275;

No. 10–8253.  COOPER v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, 562 U. S. 1240;

No. 10–8274.  BERRY v. CITIBANK F. S. B., 562 U. S. 1275;

No. 10–8333.  CHAMBERS v. JUSTICE OF THE PEACE COURT, PRECINCT ONE, 562 U. S. 1260;

No. 10–8404.  NELSON v. JACKSON, WARDEN, 562 U. S. 1260;

No. 10–8407.  WEST v. UNITED STATES, 562 U. S. 1244;

No. 10–8430.  BRAMAGE v. HSBC BANK NEVADA, N. A., 562 U. S. 1293;

No. 10–8456.  DEYOUNG v. SCHOFIELD, WARDEN, 562 U. S. 1293;

No. 10–8485.  ALSTON v. COURT OF APPEALS OF WISCONSIN, 562 U. S. 1294;

No. 10–8491.  ROSENFELD v. HACKETT ET AL., ante, p. 906;

No. 10–8508.  JONES v. LARKINS, WARDEN, 562 U. S. 1294;

No. 10–8604.  JOHNSON v. KELLY, WARDEN, ante, p. 907;

No. 10–8679.  RAMESES v. KERNAN, WARDEN, ET AL., ante, p. 909;